# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148989

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NAAMAN MALEK SADER,
      Defendant-Appellant.

SC: 148989
COA: 312266
Wayne CC: 12-000767-FH

_____/

On order of the Court, the application for leave to appeal the February 20, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014

t0616

Clerk